IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MARCEL HICKS § | |
| (Bell County #1324238) § | |
| § | |
| V. § | W-24-CA-635-ADA |
| § | |
| BILL COOK, et al. § | |

## ORDER OF DISMISSAL

The Court has received notice that Plaintiff is no longer being held in Bell County Law Enforcement Center. To date, Plaintiff has not notified the Court of any change of address.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to provide the Court with a change of address his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**. All other pending motions are **DISMISSED**.

**SIGNED** on March 11, 2025

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1